## Case No. 15,207.

UNITED STATES v. GILLIS et al.

[2 Cranch, C. C. 44.] [1]

Circuit Court, District of Columbia. June Term, 1812.

### CRIMINAL LAW—CORRUPT MOTIVE.

Judges of elections are not liable to criminal prosecution, unless they have acted from a corrupt motive.

Mr. Jones, for the United States, observed that it had been intimated by the court that these prosecutions could not be supported unless a corrupt motive were charged and proved; and that if such was the opinion of the court, as he could not prove such a motive, he would enter a nolle prosequi.

THE COURT (nem. con.) said that such was their opinion. Nolle prosequi entered.

---

## Case No. 15,208.

UNITED STATES v. GILMOUR.

[Cited in U. S. v. Pomeroy, Case No. 16,065. Nowhere reported; opinion not now accessible.]

[1] [Reported by Hon. William Cranch, Chief Judge.]